<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7516**

JORGE GALEAS, JR.,

Plaintiff – Appellant,

v.

THEODIS BECK; BOYD BENNETT; RICKY ANDERSON; KENNETH E. LASSITER; JOSEPH HARRELL; W. BASNIGHT; A. SKINNER; CASSANDRA HERRING; SEAN T. DILLARD; VICTOR LOCKLEAR; LIEUTENANT BERTZ; L. SWAIN; D. PHILLIPS; L. JACKSON; CORRECTIONS OFFICER STRICKLAND; JOHN DOE; JOHN DOE, 2,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever, III, Chief District Judge. (5:10-ct-03086-D)

Submitted: March 15, 2012              Decided: March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jorge Galeas, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Galeas, Jr., appeals the district court's order granting in part and denying in part his Fed. R. Civ. P. 59(e) motion seeking to alter or amend the court's earlier judgment dismissing his 42 U.S.C. § 1983 (2006) action as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Galeas v. Beck, No. 5:10-ct-03086-D (E.D.N.C. Oct. 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED